**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JOSEPH FREDERICK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. CIV-24-837-R |
| | ) | |
| CASEY HAMILTON, Warden, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Chris M. Stephens, entered on February 19, 2026 [Doc. No. 24]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of Judge Stephens is ADOPTED in its entirety and Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 10] is DENIED. The standard for issuance of a Certificate of Appealability is not satisfied in this case and a Certificate of Appealability is therefore DENIED. *See Montez v. McKinna*, 208 F.3d 862, 869 (10th Cir. 2000); *Ramer v. Maxwell*, 4 F. App'x 551, 553-54 (10th Cir. 2001) (unpublished).

IT IS SO ORDERED this 23rd day of April, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE